No. 134. SQUIRE, COLLECTOR OF INTERNAL REVENUE, *v.* CAPOEMAN ET UX. Certiorari, 350 U. S. 816, to the United States Court of Appeals for the Ninth Circuit. Motion for leave to file brief of George H. Brasier, as *amicus curiae,* denied.

No. 474. REYNOLDS *v.* UNITED STATES, *ante,* p. 914. The application for a stay referred to the entire Court by MR. JUSTICE BLACK is denied. The petition for rehearing is also denied.

No. 133, Misc. EX PARTE LIPSCOMB;
No. 168, Misc. EX PARTE BANNING;
No. 179, Misc. SKINNER *v.* ILLINOIS;
No. 196, Misc. IN RE SMITH;
No. 299, Misc. COLEMON *v.* RAGEN, WARDEN;
No. 320, Misc. UNITED STATES EX REL. BERRY *v.* MARTIN, WARDEN;
No. 321, Misc. UNITED STATES EX REL. THOMAS *v.* PENNSYLVANIA ET AL.;
No. 327, Misc. SHEPHERD *v.* BROWNELL, ATTORNEY GENERAL;
No. 340, Misc. ELKINS *v.* SWOPE, WARDEN; and
No. 343, Misc. McGUINN *v.* PEGELOW, SUPERINTENDENT, DISTRICT OF COLUMBIA REFORMATORY, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 337, Misc. MARTIN *v.* UNITED STATES; and
No. 338, Misc. DAVIS *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus and certiorari denied.

No. 324, Misc. UTTAL *v.* O'DONNELL, DIRECTOR, HARLEM VALLEY STATE HOSPITAL. Application denied.